EXHIBIT 2

| US6869853B1 | Macom Crosspoint Switches ("The Accused product") |
|---|---|
| 1. A method of fabricating a bipolar transistor, the method comprising:<br><br>forming a sacrificial emitter over a base; | The accused product discloses a method of fabricating a bipolar transistor (e.g., SBC18H3). The said bipolar transistor contains a sacrificial emitter over a base (e.g., emitter over a SiGe base).<br><br><br><br>https://www.macom.com/crosspoint |

EXHIBIT 2

| Part Number | Ordering | Max Data Rate (Gbps) | Switch Matrix Size | Package Size | Package Type | Supply Voltage | I/O Voltage |
|---|---|---|---|---|---|---|---|
| M21115 | Buy | 3.8 | 20x20 | 35x35mm | 676ballsTEPBGA | 2.5/3.3 | - |
| M21121 | Buy | 3.2 | 34x34 | 34x34mm | 404pinPBGA |  | 2.5,3.3 |
| M21125 | Buy | 3.8 | 40x40 | 35x35mm | 676ballsTEPBGA | 2.5/3.3 | - |
| M21131 | Buy | 3.2 | 72x72 | 35x35mm | 1156terminalBGA | 1.2 | 1.2/1.5/ |
| M21141 | Buy | 4.2 | 72x72 | 35x35mm | 1156terminalBGA | 1.2 | 1.2-1.5- |
| M21147 | Buy | 6.5 | 80x80 | 35x35mm | 1156pinFCBGA | 1.2 | 1.2/1.8 |
| M21148 | Buy | 6.5 | 48x48 | 27x27mm | 676pinBGA | 1.2 | I No-O |
| M21151 | Buy | 3.2 | 144x144 | 35x35mm | 1156terminalBGA | 1.2 | 1.2/1.5/ |

https://www.macom.com/crosspoint

EXHIBIT 2

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | M21115 | 3.8G 20x20 Crosspoint | 20x20 | 3.8DD | 35x35mm | 676ballsTEPBGA | 2.5/3.3 | - | 20 | No |
| | M21121 | 3.2 Gbps 32x32 Asynchronous Crosspoint Switch | 34x34 | 3.2DD | 34x34mm | 404pinPBGA | | 2.5,3.3 | 34 | No |
| | M21123 | 3.2G 24x Reconfigurable Crosspoint | 18x6 to 12x12 to 1x23 (Reconfigurable) | 3.2DD | 12x12mm | 88pinQFN | 1.2 | 1.2/1.8/2.5/3.3 | 23 | No |
| | M21125 | 3.8G 40x40 Crosspoint | 40x40 | 3.8DD | 35x35mm | 676ballsTEPBGA | 2.5/3.3 | - | 40 | No |
| | M21131 | 3.2G 72x72 Crosspoint | 72x72 | 3.2DD | 35x35mm | 1156terminalB... | 1.2 | 1.2/1.5/1.8/2.5 | 72 | Yes |
| | M21141 | 4.25G 72x72 Crosspoint | 72x72 | 4.25D | 35x35mm | 1156terminalB... | 1.2 | 1.2-1.5-1.8 | 72 | Yes |
| | M21147 | 6.5G 80x80 Crosspoint | 80x80 | 6.5DD | 35x35mm | 1156pinFCBGA | 1.2 | 1.2/1.8 | 80 | No |
| | M21148 | 6.5G 48x48 Crosspoint | 48x48 | 6.5DD | 27x27mm | 676pinBGA | 1.2 | I No-O 1.2- 1.8 | 48 | No |
| | M21151 | 3.2G 144x144 Crosspoint | 144x144 | 3.2DD | 35x35mm | 1156terminalB... | 1.2 | 1.2/1.5/1.8/2.5 | 144 | Yes |
| | M21156 | 3.2G 144x144 Crosspoint | 144x144 | 3.2DD | 35x35mm | 1156terminal | 1.2 | 1.2/1.5/1.8/2.5 | 144 | No |
| | M21161 | 4.25G 144x144 Crosspoint | 144x144 | 4.25D | 35x35mm | 1156terminalB... | 1.2 | 1.2-1.5-1.8 | 144 | Yes |

https://web.archive.org/web/20140516233655/http://www.macom.com/products/crosspoints-and-signal-condition/crosspoint-switches-signal-condi

EXHIBIT 2



https://ir.towerjazz.com/news-releases/news-release-details/towerjazz-receives-supplier-excellence-award-macomws.tektronix.com/news-releases?item=123110

EXHIBIT 2

The table below summarizes the main process features of the remaining SiGe Bipolar and BiCMOS technology industrial manufacturers.

| Company[1] | Freescale | | IBM | | | Infineon | | TowerJazz | | STMicroelectronics | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Name | HiP6MW | HiP6MW2 | BiCMOS8HP | BiCMOS8XP | BiCMOS9HP | B7HF200 | B11HFC | SBC18H3 | SBC18H4 | BiCMOS9MW | BiCMOS055 |
| Status | Prod. | Dev | Prod. | Prod? | Dev. | Prod. | Dev. | Prod. | Dev. | Prod. | Dev. |
| CMOS node | 180nm | | 130nm | | 90nm | Bipolar-only | 130nm | 180nm | 180nm | 130nm | 55nm |
| Wafer Size | 200mm | | 200mm | | | 200mm | | 200mm | | 200mm | 300mm |
| SiGe HBT structure | Self-aligned SEG epi. | | Self-aligned NSEG epi. | | | Self-aligned SEG epi. | | Self-aligned NSEG epi. | | Self-aligned SEG epi. | |
| SiGe HBT fT / fMAX (GHz) | 200 / 280 | 260 / 350 | 210 / 270 | 260 / 320 | 300 / 350 | 190 / 250 | 240 / 380 | 240 / 270 | 275 / 350 (tbc) | 220 / 280 | 320 / 370 |
| BEOL (w/o Alu cap) | 5 Cu levels (0.8 μm top metal) | | 3 Cu+2 Al levels (1.25 μm + 4.0 μm) | | NA | 4 Cu levels (0.6/0.6/1.2/2.5 μm) | 6 Cu levels (0.29/0.32/0.3 2/0.32/1.0/2.8 μm) | Up to 6 Al levels with at least 1 thick top metal | | 6 Cu levels (0.26/0.35/0.3 5/0.9/3.0/3.0μm) | 8 Cu levels (0.16/0.2x4/ 0.9/3.0μm) |
| TL (μ-strip) | 1.25 dB/mm @ 77GHz | <1 dB/mm @ 80GHz | 0.9 dB/mm @ 60GHz | | NA | NA | NA | NA | NA | 0.5 dB/mm @ 60GHz | 0.65 dB/mm @ 50GHz |

[1] IHP hasn't been listed because it is not an industrial company although it offers a prototyping line.

Table 1: Main process features of SiGe Bipolar and BiCMOS technology industrial manufacturers

https://www.etsi.org/images/files/ETSIWhitePapers/etsi_wp15ed2_mmWave-Semiconductor_Technologies_FINAL.pdf

EXHIBIT 2

| | |
|---|---|
| | <br>**FIGURE 4.9** SEM micrograph of a 0.18 μm SiGe BiCMOS HBT.<br>http://www.icisc-lab.com/userfiles/file/download/Fabrication%20of%20SiGe%20HBT%20BiCMOS%20technology.pdf |

EXHIBIT 2

| | |
|---|---|
| | A self-aligned sacrificial emitter (SASE) process has been successfully developed in a BiCMOS technology. Selective epitaxy of SiGe originally developed for sub-100 nm CMOS nodes is used for a raised extrinsic base. Process integration includes building a sacrificial emitter pedestal using a CMOS gate-like etch, isolation of the emitter to extrinsic base by oxide CMP, and oxide recess etch to expose the emitter window for the in-situ doped emitter. Electrical results are shown to be comparable to hardware manufactured using other BiCMOS integration schemes. An intriguing growth mode of selective epitaxy has been found to have higher growth rate for high index planes.<br>https://iopscience.iop.org/article/10.1149/05009.0121ecst/pdf |
| forming a first oxide layer over the sacrificial emitter; | The accused product discloses about formation of a first oxide layer over the sacrificial emitter. |

EXHIBIT 2

|  | A self-aligned sacrificial emitter (SASE) process has been successfully developed in a BiCMOS technology. Selective epitaxy of SiGe originally developed for sub-100 nm CMOS nodes is used for a raised extrinsic base. Process integration includes building a sacrificial emitter pedestal using a CMOS gate-like etch, isolation of the emitter to extrinsic base by oxide CMP, and oxide recess etch to expose the emitter window for the in-situ doped emitter. Electrical results are shown to be comparable to hardware manufactured using other BiCMOS integration schemes. An intriguing growth mode of selective epitaxy has been found to have higher growth rate for high index planes.<br>https://iopscience.iop.org/article/10.1149/05009.0121ecst/pdf |

EXHIBIT 2



FIGURE 4.8 Self-aligned SiGe epitaxial base bipolar structure using an outer sidewall to self-align the extrinsic base.

http://www.icisc-lab.com/userfiles/file/download/Fabrication%20of%20SiGe%20HBT%20BiCMOS%20technology.pdf

EXHIBIT 2



http://www.icisc-lab.com/userfiles/file/download/Fabrication%20of%20SiGe%20HBT%20BiCMOS%20technology.pdf

EXHIBIT 2

| | |
|---|---|
| forming a masking material over the first oxide layer; | The accused product discloses about formation of a masking material (i.e. Nitride layer) over the first oxide layer.<br><br>The Self-Aligned emitter-base process is implemented after base oxide. The Sacrificial Emitter pedestal (mandrel) is defined by the deposition of a film stack consisting of polysilicon and a silicon nitride or silicon dioxide cap layer, photolithography, and reactive-ion etch (RIE). Thereafter, a blanket silicon nitride film is deposited, followed by photolithography to define an opening in the photoresist for the entire NPN base region. An end-pointed etch forms silicon nitride sidewalls on the emitter pedestal, and simultaneously forms an opening in the silicon nitride film.<br><br>https://iopscience.iop.org/article/10.1149/05009.0121ecst/pdf |

EXHIBIT 2



FIGURE 4.8  Self-aligned SiGe epitaxial base bipolar structure using an outer sidewall to self-align the extrinsic base.

http://www.icisc-lab.com/userfiles/file/download/Fabrication%20of%20SiGe%20HBT%20BiCMOS%20technology.pdf

EXHIBIT 2



(d) Extrinsic implant using boron which is self aligned to the emitter opening by the outer sidewall

(e) Oxidation of the sacrificial polysilicon layer exposed in the field area but not underneath the nitride using the LOCOS effect, i.e., the polysilicon underneath the pad nitride is not oxidized

(f) Uncover emitter opening by selective removal of the nitride, polysilicon, and finally bottom dielectric layer. Note P+ implant is self-aligned to the emitter opening

(g) Emitter-polysilicon deposition, doping, and patterning. Note that with lower topography there is reduced narrow emitter effects.

http://www.icisc-lab.com/userfiles/file/download/Fabrication%20of%20SiGe%20HBT%20BiCMOS%20technology.pdf

EXHIBIT 2

| | |
|---|---|
| planarizing the masking material to expose the first oxide layer; | The accused product discloses about planarization of the masking material (e.g., use of CMP method to planarize the oxide layer) to expose the first oxide layer.<br><br>After forming the raised extrinsic SiGe base, a relatively thick silicon oxide film is deposited. Thereafter, chemical-mechanical polishing (CMP) is used to planarize the oxide film. The oxide CMP stops at a specified distance above sacrificial emitter pedestal. A silicon oxide etch selective to silicon nitride follows, and is controlled such that the polysilicon of the sacrificial emitter pedestal is exposed while the extrinsic SiGe base is still buried by oxide.<br><br>https://iopscience.iop.org/article/10.1149/05009.0121ecst/pdf |

EXHIBIT 2



EXHIBIT 2

| | |
|---|---|
| | http://www.icisc-lab.com/userfiles/file/download/Fabrication%20of%20SiGe%20HBT%20BiCMOS%20technology.pdf |
| etching a portion of the first oxide layer over the sacrificial emitter; and removing the sacrificial emitter. | The accused product discloses about etching of a portion of the first oxide layer over the sacrificial emitter; and removing the sacrificial emitter (i.e. removing of polysilicon of the sacrificial emitter to reduce narrow emitter opening).<br><br>After forming the raised extrinsic SiGe base, a relatively thick silicon oxide film is deposited. Thereafter, chemical-mechanical polishing (CMP) is used to planarize the oxide film. The oxide CMP stops at a specified distance above sacrificial emitter pedestal. A silicon oxide etch selective to silicon nitride follows, and is controlled such that the polysilicon of the sacrificial emitter pedestal is exposed while the extrinsic SiGe base is still buried by oxide.<br><br>https://iopscience.iop.org/article/10.1149/05009.0121ecst/pdf |

EXHIBIT 2



EXHIBIT 2

|  | http://www.icisc-lab.com/userfiles/file/download/Fabrication%20of%20SiGe%20HBT%20BiCMOS%20technology.pdf<br><br>**Sacrificial Emitter Pedestal**<br>    Oxide CMP planarizes the entire Si wafer including both CMOS FET and SiGe HBT NPN regions. It cannot be allowed to polish into CMOS gates. The sacrificial emitter needs to be of sufficiently tall to protect the CMOS gates during CMP but not so tall that it becomes difficult to form the narrow emitter opening. Low emitter resistance also requires a low emitter height. A tradeoff needs to be made.<br>    Extensive study has been carried out to optimize the layer stack of the sacrificial emitter pedestal, its layer composition, and the thicknesses of the various layers. Polysilicon with an oxide cap layer has been found to be a good candidate. The oxide cap layer brings the top of the silicon nitride spacer above the polysilicon of the sacrificial emitter pedestal. It is completely removed prior to the selective epitaxy of the extrinsic base by a dedicated oxide etch step, and the epitaxy preclean. This way, SiGe also grows on the sacrificial emitter pedestal, adding to its height, and increases the process window for oxide CMP later in the process flow. The SiGe layer also grows laterally, as shown in Figure 1. Since the top of silicon nitride spacer is taller than the emitter polysilicon, the initial lateral growth is restricted, resulting in smaller lateral than vertical growth. Clearly, no SiGe layer is grown on the silicon nitride spacers.<br><br>https://iopscience.iop.org/article/10.1149/05009.0121ecst/pdf |
|---|---|